UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE CHARTER OAK FIRE
INSURANCE COMPANY and
TRAVELERS PROPERTY
CASUALTY COMPANY OF
AMERICA,

      Plaintiffs,

v.

Case No: 2:16-cv-732-FtM-99CM

21ST CENTURY ONCOLOGY
INVESTMENTS, LLC, 21ST
CENTURY ONCOLOGY
SERVICES, LLC, 21ST CENTURY
ONCOLOGY HOLDINGS, INC.,
21ST CENTURY ONCOLOGY
MANAGEMENT SERVICES, INC.,
21ST CENTURY ONCOLOGY,
INC., 21ST CENTURY
ONCOLOGY INVESTMENTS,
LLC, 21ST CENTURY
ONCOLOGY OF CALIFORNIA,
STUART KAPLAN, JOHN
DICKMAN, RONA POLOVOY, JIM
BIMONTE, STACEY SCHWARTZ,
ROBERT RUSSELL, DOLORES
STUBBS, TIMOTHY
MEULENBERG, MARY
BARBIERI, WILHELM
RADAUSCHER, MAUREEN
TRELEASE, GEORGE DELGADO,
MATTHEW BENZION, GAYLE
BIRKEN-SIKORA, VENETA
DELUCCHI, MELQUIADES
BONILLA, DANIEL PADILLA and
JAMES CORBEL,

      Defendants.

## ORDER

This matter comes before the Court upon *sua sponte* review of the docket. Pursuant to 28 U.S.C. §455(a), "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Importantly, "the benefit of the doubt must be resolved in favor of recusal." *Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001).

ACCORDINGLY, it is hereby

**ORDERED:**

The Honorable Carol Mirando is hereby **RECUSED** from the instant case.

**DONE** and **ORDERED** in Fort Myers, Florida on this 29th day of September, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record